UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:23-CR-65 AGF (SRW) |
| | ) | |
| ELISA Y. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

This matter comes before the Court on Defendant's Motion for Bill of Particulars (ECF No. 42). All pretrial matters were referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). The undersigned recommends the motion be denied, as moot.

**I.   BACKGROUND**

On February 22, 2023, a grand jury indicted Defendant on eleven counts of aiding and assisting in the preparation of false and fraudulent tax returns in violation of 26 U.S.C. 7206(2). ECF No. 1. The indictment charges Defendant with aiding three taxpayers in preparing false tax returns from 2018-2021. *Id*. Defendant has filed four pretrial motions. The Court has carefully reviewed the motions and the responses and does not believe an evidentiary hearing is necessary to resolve them as they concern purely legal and procedural matters.

**II.   CONCLUSIONS OF LAW**

In her motion for a bill of particulars, Defendant asks the Court to order the Government to disclose the method of proof the Government intends to use at trial. In response, the Government stated it intends to use the "specific items" method of proof with respect to each

count of the pending indictment. Because the Government has provided the information Defendant seeks, the undersigned recommends the motion be denied, as moot.

Accordingly,

**IT IS HEREBY RECOMMENDED** that Motion for Bill of Particulars (ECF No. 42) be **DENIED**, as moot.

The parties are advised that they have 14 days in which to file written objections to this Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1). Failure to timely file objections may result in a waiver of the right to appeal questions of fact. *Thompson v. Nix*, 897 F.2d 356, 357 (8th Cir. 1990).

A trial date will be set by further order of the Court.

So Ordered this 11th day of April, 2024.

_____
**STEPHEN R. WELBY**
**UNITED STATES MAGISTRATE JUDGE**